JS - 6

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-1865-VAP (JWJx)                                   Date:  March 2, 2009

Title:   DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF JANUARY 1,2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-HEI MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HEI, its successors and/or assigns -v- MARISOL NILA, and DOES 1 through X, inclusive

==================================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                                                  None Present
Courtroom Deputy                                                         Court Reporter

ATTORNEYS PRESENT FOR                              ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                        DEFENDANTS:

None                                                                              None

PROCEEDINGS:     MINUTE ORDER REMANDING CASE FOR FAILURE TO COMPLY WITH COURT ORDER (IN CHAMBERS)

    The Court issued an Order to Show Cause For Lack of Subject Matter Jurisdiction on January 30, 2009.  Defendant Marisol Nila failed to respond timely.  Accordingly, the Court hereby remands Plaintiff's action to the California Superior Court for the County of Riverside.

    **IT IS SO ORDERED.**

MINUTES FORM 11                                                                 Initials of Deputy Clerk <u>dts</u>
CIVIL -- GEN                                    Page 1